BERNICE KACINSKI, Plaintiff-Appellant, *v.* WILLIAM GILES, Defendant-Appellee.

(No. 57398;

First District (3rd Division)—February 22, 1973.

PER CURIAM.

Robert H. Hirsch, of Chicago, for appellant.

Orner & Wasserman, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT WHITE, Defendant-Appellant.

(No. 57456;

First District (3rd Division)—February 22, 1973.

Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.

LUTHER REDMOND, Plaintiff-Appellant, *v.* THE CITY OF CHICAGO, Defendant-Appellee.

(Nos. 55523, 55430 cons.;

First District (5th Division)—February 23, 1973.

Arthur S. Gomberg, of Chicago, (Samuel Nineberg, of counsel,) for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan, and Daniel Pascale, Assistant Corporation Counsel, and Thomas R. Mulroy, Jr., Senior Law Student, of counsel,) for appellee.